**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DOUGLAS KEMPER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:12-cv-191-Orl-22DAB**

**RAY'S SUNSHINE CYCLES, INC.,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court for consideration of a Report and Recommendation issued on February 8, 2012.  (Doc. No. 3.)  Therein, Magistrate Judge David A. Baker recommends that this action be dismissed based on, inter alia, pro se Plaintiff Douglas Kemper's failure to satisfy the $75,000 amount in controversy requirement applicable to diversity cases. Kemper objects, insisting that the amount in controversy does exceed $75,000.  (Doc. No. 4.)

Kemper's assertion is flatly belied by the documents he attached to his complaint, i.e., copies of a complaint he filed in state court and an unsigned letter he apparently authored that details the underlying dispute.  Based on those documents, the amount in controversy falls tens of thousands of dollars short of the $75,000 threshold.

Although Kemper seeks interest and costs, the plain text of 28 U.S.C. § 1332(a) excludes those items from the amount in controversy calculus.  Kemper also seeks an award of attorney's fees.  However, he is proceeding pro se.  His complaint does state that a Lemon Law "representative" has agreed to take his case if the action is allowed to proceed in federal court;

however, Kemper does not actually say this person is an attorney.  In any event, Kemper has not alleged any legal or contractual basis for recovering attorney's fees in this particular case. Accordingly, the Court cannot properly include any theoretical amount of attorney's fees in assessing the amount in controversy.

Based on the foregoing, it appears to a legal certainty that Plaintiff cannot satisfy the $75,000 amount in controversy requirement for diversity jurisdiction.  Accordingly, it is ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (Doc. No. 3), filed on February 8, 2012, is APPROVED AND ADOPTED insofar as it recommends dismissal for failure to satisfy the amount in controversy requirement.[1]

2. Plaintiff's Objections (Doc. No. 4), filed on February 24, 2012, are OVERRULED.

3. This case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

4. The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 20, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Baker

ANNE C. CONWAY
United States District Judge

---

[1] Given this ruling, it is unnecessary to reach the Rooker-Feldman issue addressed in the Report and Recommendation.