# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOUGLAS KEMPER,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:12-cv-191-Orl-22DAB**

**RAY'S SUNSHINE CYCLES, INC.,**

        **Defendant.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (Doc. No. 8), issued on April 24, 2012, is APPROVED, ADOPTED and MADE A PART OF THIS ORDER. The undersigned Judge agrees completely with the Magistrate Judge's analysis. Accordingly, the Court hereby CERTIFIES that this appeal is not taken in good faith.

2. Plaintiff's Objections to Proposed Report and Recommendation (Doc. No. 9), filed on May 7, 2012, are OVERRULED. Insofar as Plaintiff seeks remand, this Court cannot remand to state court a case originally filed in this court.

3. Plaintiff's Motion to Appeal In Forma Pauperis (Doc. No. 7), filed April 23, 2012, is DENIED except as to Plaintiff's request to pay the appeal filing fee in installments. The Court determines that the $100 per month figure recommended by the Magistrate Judge is more appropriate than the $50 per month figure Plaintiff suggests (in his Objections to the R&R).

Further, review of Plaintiff's inmate account indicates Plaintiff has the means to pay the higher amount.

    4. Plaintiff shall pay the $455 appeal filing fee in five installments, as follows:

    a. An initial installment of $100 by May 25, 2012;

    b. An additional $100 by June 25, 2012;

    c. An additional $100 by July 25, 2012;

    d. An additional $100 by August 27, 2012; and

    e. The final installment of $55 by September 27, 2012.

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 8, 2012.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Baker